thing of an affirmative character, intended to prevent and which does prevent the discovery of the cause of action. *Lancaster v. Springer,* 239 Ill. 472. No affirmative acts nor representations are alleged in this case, by which appellee fraudulently concealed the cause of action. In all these respects the first and second counts and the additional replication are fatally defective.

The judgment is therefore affirmed.

*Affirmed.*

MR. JUSTICE NIEHAUS took no part in this decision.

---

### Drainage Commissioners of Union Drainage District No. 1 in the Towns of Harmon and Marion in Lee County, Appellees, v. James R. McCormick, Appellant.

#### Gen. No. 6,020.   (Not to be reported in full.)

Appeal from the Circuit Court of Lee county; the Hon. RICHARD S. FARRAND, Judge, presiding. Heard in this court at the October term, 1914. Affirmed. Opinion filed January 6, 1915.

### Statement of the Case.

Assumpsit by Drainage Commissioners of Union Drainage District No. 1 in the towns of Harmon and Marion in Lee county against James R. McCormick.

Defendant had acted as treasurer of said district for two years. The district, which was organized under the Farm Drainage Act (J. & A. ¶¶ 4475-4556) fixed the compensation of its first treasurer at two per cent.; though the compensation of subsequent treasurers up to defendant's incumbency had not been fixed, they had been paid the same compensation. Defend-

ant was also paid two per cent. for compensation for the first year of his term and retained $218 for his compensation for his second year. To recover this amount, plaintiff brought this suit, and a jury having been waived and the case tried on a stipulation as to the facts, the issues were found for plaintiff and its damages assessed at $218, and it had judgment therefor.

From this judgment, defendant appeals.

HENRY C. WARD, for appellant.

H. A. BROOKS and J. W. WATTS, for appellees.

MR. JUSTICE DIBELL delivered the opinion of the court.

### Abstract of the Decision.

1. OFFICERS, § 62*—*when not entitled to compensation.* One who accepts a public office for which no compensation has been provided is not entitled to any compensation and cannot appropriate to his own use for that purpose moneys of the office.

2. OFFICERS, § 62*—*when written order for compensation necessary.* Under the Farm Drainage Act, sec. 15b (J. & A. ¶ 4491), a written order of the drainage commissioners is necessary to authorize the treasurer of the drainage district to retain his compensation out of moneys of the district.

---

### Anna Saxton, Appellee, v. Flora Drake, Appellant.

### Gen. No. 6,022.

1. EVIDENCE, § 476*—*when preponderance of witnesses not sufficient to show that verdict is contrary to evidence.* Where the evidence is conflicting and there is nothing in the record to show that the jury were not justified in believing that the greater weight of the evidence rested in the plaintiff and her witnesses, the mere fact

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.